Case No.  5:08cv165-R

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

KEVIN DOYLE, et al.

                                                                               PLAINTIFFS

v.

CITY OF MURRAY, KENTUCKY

                                                                               DEFENDANT

## **PRO HAC VICE ADMISSION – ORDER**

      Motion being made and having determined after reviewing the attached affidavit that the applicant, Richard J. Burch, is qualified to be admitted.

      IT IS HEREBY ORDERED AND ADJUDGED the motion is GRANTED and that the applicant be admitted to practice pro hac vice before the United States District Court for the Western District of Kentucky.